# United States Court of Appeals
## For the First Circuit

No. 19-2104

JASON STRICKLAND,

Petitioner, Appellant,

v.

COLETTE GOGUEN, Superintendent, NCCI Gardner,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 30, 2021, is amended as follows:

On the cover page, replace " Ira L. Grant" with " Ira L. Gant"